1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

E-Filing

FILED

MAY 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00339 JF |
| Plaintiff, ) | *as* |
| ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| v. ) | |
| ) | |
| FERNANDO LOPEZ-CABALLERO, ) | |
| Defendant. ) | |

On May 11, 2006, the parties appeared before the Court for an arraignment on an information. After the parties scheduled an initial appearance before the Honorable Judge Fogel for June 7, 2006 at 9:00 a.m., Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act. She explained that the parties needed additional time to determine whether the defendant's felony conviction for possession of a controlled substance constitutes an aggravated felony for sentencing purposes. The Supreme Court recently granted review in <u>Toledo-Flores v. United States</u>, No. 05-7664, which addresses the same issue, specifically, whether a state felony conviction for simple possession of a controlled substance is

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00339 JF

an aggravated felony even though the same crime is misdemeanor under federal law. The defendant, through his attorney, Assistant Federal Public Defender Angela Hansen, agreed to the exclusion. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act from May 11, 2006 to June 7, 2006 was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED:_____

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED:_____

_____/s/_____
ANGELA M. HANSEN
Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the time between May 11, 2006 and June 7, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

May 16, 2006
Dated

RICHARD SEEBORG
United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00339 JF

2